AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Anthony Mancini

APPEARANCE

CASE NUMBER: 1:07-M-122M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anthony Mancini

I certify that I am admitted to practice in this court.

12/7/07
*Date*

[signature]
*Signature*

Al Medici *Print Name* 4584 *Bar Number*

1312 Atwood Ave
*Address*

Johnston *City* RI *State* 02919 *Zip Code*

401-946-3910 *Phone Number* 401-942-4918 *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.