UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : 1:07-MJ-122M
:
ANTHONY MANCINI :

**ORDER MODIFYING**
**CONDITION OF PRETRIAL RELEASE**

In accordance with procedure discussed with counsel during a telephone conference held on December 10, 2007, the Court hereby modifies the following condition of Defendant's pretrial release.

> Prior to making any sale or transfer of a firearm, Defendant is to notify the probation officer who is supervising him of the name and other information which is required to be provided by a prospective purchaser or transferee of a firearm.

Effective immediately, instead of notifying the probation officer of this information, Defendant shall notify his attorney, Albert Medici, and Mr. Medici shall in turn transmit the information to the agent designated by the Government, Special Agent Michael J. Payne. The condition that Defendant shall not sell or transfer a firearm until seven days after the Government has received the required information continues in effect.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 10, 2007